UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN ASKEW, an individual; LARRY ASKEW, an individual; BARBARA COLEMAN, an individual; GEORGE ASKEW, an individual; and DORIS CHAMBERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALASKA AIRLINES, INC., an Alaska corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-9314-JAK-MAA<br><br>**ORDER RE DISMISSAL AS TO DEFENDANT ALASKA AIRLINES, INC. WITHOUT PREJUDICE (DKT. 19)**<br><br>JS-6 |

Pursuant to the Stipulation Re Dismissal as to Defendant, Alaska Airlines, Inc., ("Alaska Airlines") by Plaintiffs Alvin Askew, Larry Askew, Barbara Coleman, George Askew, and Doris Chambers ("Plaintiffs") through their attorneys of record, and good cause appearing therefor,

IT IS HEREBY ORDERED that Alaska Airlines is dismissed from the Complaint in this action without prejudice.

Dated: __July 30__, 2021

_____
John A. Kronstadt
U.S. District Court Judge